# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § |
| Plaintiff, | § Case No: |
| vs. | § PATENT CASE |
| SOUNDSTREAM, INC. | § |
| Defendant. | § |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DISPLAY TECHNOLOGIES, LLC, a private non-governmental property, certifies that there are no corporate parents, affiliates and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

Dated: March 4, 2020            Respectfully submitted,

/s/   Jimmy Chong
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
302-999-9480
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**